IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONALD LAMAR**                                                                                          **PLAINTIFF**

**V.**                                          **CASE NO. 3:20-CV-88-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

By order of May 27, 2020, this Court granted the Commissioner's unopposed motion to stay proceedings. (Doc. No. 7; Doc. No. 8) The stay was premised on the Social Security Administration's functional limitations in producing certified transcripts during the COVID-19 pandemic.

It has come to the Court's attention that the Social Security Administration has resumed producing certified transcripts[1]—albeit at a slower rate than prior to the COVID-19 pandemic. Accordingly, the stay is lifted; and the Clerk is directed to reopen this case.

The Commissioner has up to and including Friday, November 6, 2020 to answer Mr. Lamar's complaint and to file the administrative record. Extensions will not be granted absent extraordinary circumstances.

IT IS SO ORDERED, this 9th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] See *e.g.*, Administrative Transcript, *Goodman v. Social Security Administration*, 3:20-CV-118-BD (E.D. Ark. Sept. 8, 2020).